## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kenyatta Mwambu, a minor, by his :
parents and natural guardians, Paul :
S. Mwambu and Josephine Kyazze :
and Paul S. Mwambu and Josephine :
Kyazze, in their own right :
 :
    v.  :  No. 1128 C.D. 2020
 :
Monroeville Volunteer Fire :
Company #4, :
    Appellant :

**PER CURIAM**    **O R D E R**

NOW, April 29, 2022, having considered Appellant's application for reargument and Appellees' answer in response thereto, the application is denied.